IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| KEVIN ETHERIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:09-0067 |
| | ) | Judge Trauger |
| LYLE HELTON, Sheriff, and | ) | Magistrate Judge Knowles |
| TERESA MADDOX, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On April 29, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 67), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the defendants (Docket No. 38) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. This Order shall constitute the judgment in this case.

It is so **ORDERED**.

ENTER this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge